**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DERRICK PERRY,

                Plaintiff,

-against-                        24 **CIVIL** 6973 (LLS)

**JUDGMENT**

JUDGE ALBERTO GONZALEZ,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2025, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed. 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

**Dated:** New York, New York

      May 21, 2025

                                      **TAMMI M. HELLWIG**
                                        **Clerk of Court**

              **BY:**
                                        **Deputy Clerk**